

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00451-CR

| | | |
|---|---|---|
| Harold Dewayne Ferguson | § | From the 43rd District Court |
| | § | of Parker County (CR16-0101) |
| v. | § | December 7, 2017 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
     Justice Lee Gabriel